UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Anthony Radame Mendez-Mejia,<br>Plaintiff,<br>v.<br>Julio Hernandez, et al.,<br>Defendants. | CASE NO. 2:26-cv-03149-GJL<br><br>ORDER GRANTING TEMPORARY RELIEF PENDING RESPONDENTS' RESPONSE TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 9) |

Petitioner Anthony Radame Mendez-Mejia filed a Petition for writ of habeas corpus. (Dkt. No. 1.) Petitioner also filed an emergency motion for a temporary restraining order ("TRO") preventing his transfer to a detention facility outside of this District while these proceedings are pending. (Dkt. No. 9.) The Court PROVISIONALLY GRANTS the motion and refers the matter to Magistrate Judge Grady J. Leupold for disposition as stated herein.

Petitioner's case is currently pending before Magistrate Judge Leupold. As a result, this Court is not in a position to determine the validity of Petitioner's underlying claims. This Court also recognizes that transfer to another District while his petition is pending would "interfere

with [Petitioner's] access to counsel and ability to participate in the proceedings," *Tran v. Bondi*, et al., No. CV25-1897-JLR-BAT, Dkt. 6 at 3 (W.D. Wash. Oct. 7, 2025) (sua sponte issuing such an order in a § 2241 case involving an ICE detainee).

The Court may grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) ("Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter.") This is particularly appropriate when necessary to prevent action that would otherwise destroy the court's jurisdiction or moot the case. *See United States v. Shipp*, 203 U.S. 563, 573 (1906).

Accordingly, the Court orders as follows:

1. Petitioner's motion for temporary restraining order (Dkt. No. 9) is ***provisionally*** **GRANTED** pending Respondents' response to the motion. This grant is solely for the purpose of maintaining the status quo so that the assigned judge, Magistrate Judge Leupold, may review the merits of the motion.
2. **Respondents SHALL NOT transfer Petitioner Anthony Radame Mendez-Mejia from this jurisdiction— i.e., the Western District of Washington—until further order from Magistrate Judge Leupold.**
3. Respondents SHALL respond to the motion for TRO by 12:00 p.m. PT on September 24, 2026.
4. Entered at 6:20 p.m.

Dated this 23rd day of September, 2026.

David G. Estudillo

United States District Judge